IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CURTIS S.,**[1] | : Civil No. 3:24-CV-01178 |
| **Plaintiff** | : |
| v. | : (Magistrate Judge Carlson) |
| **LELAND DUDEK,** Acting Commissioner of Social Security,[2] | : |
| **Defendant.** | : |

# ORDER

Accordingly, for the reasons set forth in the accompanying Memorandum opinion, IT IS ORDERED that the final decision of the Commissioner denying this claim is VACATED, and this case is REMANDED to the Commissioner to conduct a new administrative hearing pursuant to 42 U.S.C. § 405(g). IT IS FURTHER ORDERED that final judgment should be entered in favor of the plaintiff and against the Commissioner of Social Security.

---

[1] Due to the nature of his impairments, the plaintiff has requested the Court refer to him in this decision using only his first name and last initial.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for the previously named defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

So ordered this 10th day of April 2025.

*S/Martin C. Carlson*
Martin C. Carlson
United States Magistrate Judge